UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROGER WAYNE ROBERTSON,

    Petitioner,

v.

WARDEN STU SHERMAN,

    Respondent.

Case No. 17-CV-05039 LHK (PR)

**ORDER OF DISMISSAL**

On August 30, 2017, petitioner, a California state prisoner proceeding *pro se*, filed a letter which the court construed as a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. That same day, the clerk sent plaintiff a notice that he must submit a petition for writ of habeas corpus on the proper form within twenty-eight days to avoid dismissal of this case. He was also advised that he had not paid the filing fee and must either pay the filing fee or file a complete application to proceed *in forma pauperis* ("IFP") within the same time period. Petitioner was cautioned that his failure to do so within twenty-eight days would result in the dismissal of this case. More than twenty-eight days have passed and the court has not received from petitioner a complete IFP application, the $5.00 filing fee, or a petition.

Case No. 17-CV-05039 LHK (PR)
ORDER OF DISMISSAL

Thus, the instant case is DISMISSED without prejudice. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

DATED: 10/12/2017

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE